1010

[Nos. 50858-0-I; 50859-8-I;    Division One.    June 2, 2003.]
50894-6-I; 50893-8-I.

### In the Matter of the Dependency of J.O.

THE STATE OF WASHINGTON., *Respondent*, v. DANIELLE KIMBER,
ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 01-7-05137-5, Bruce W. Hilyer, J., entered July
19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50989-6-I.    Division One.    June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. IGOR A. POPKOV,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-07297-4, Jay V. White, J., entered August
30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51072-0-I.    Division One.    June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY ROBERT
PULLIAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-08905-2, Robert H. Alsdorf, J., entered
August 19, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51109-2-I.    Division One.    June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY DEEK
HOLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-00604-1, Michael Hayden, J., entered
September 13, 2002. *Affirmed* by unpublished per curiam
opinion.